## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PATRICIA GRANARA, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | **Case No.: 1:13-cv-10762-NMG** |
| ) | |
| SYNERGETIC COMMUNICATION, ) | |
| INC., d/b/a SYNCOM ) | |
| ) | |
| Defendant ) | |
| ) | |
| ) | |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses her Complaint with prejudice.

Dated: June 7, 2013          BY: */s/Craig Thor Kimmel*
                             Craig Thor Kimmel, Esquire
                             Kimmel & Silverman, P.C.
                             30 E. Butler Pike
                             Ambler, PA 19002
                             Phone: (215) 540-8888
                             Facsimile: (877) 788-2864
                             Email: kimmel@creditlaw.com
                             Attorney for Plaintiff