UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PATRICIA GRANARA<br>        Plaintiff,<br><br>v.<br><br>SYNERGETIC COMMUNICATION, INC.<br>d/b/a SYNCOM<br>        Defendant. | CIVIL ACTION NO. 13-CV-10762-NMG |

## STIPULATION OF DISMISSAL

The parties hereby stipulate that this action shall be and hereby is dismissed with prejudice, without costs, and with all rights of appeal waived.

| PLAINTIFF | DEFENDANT |
|---|---|
| PATRICIA GRANARA | SYNERGETIC COMMUNICATION, INC.<br>d/b/a SYNCOM |
| By her attorneys, | By its attorneys, |
| /s/ Craig Thor Kimmel<br>Craig Thor Kimmel, Esq.<br>Kimmel & Silverman, P.C.<br>30 East Butler Pike<br>Ambler, PA 19002<br>Tel. (215) 540-8888 | /s/ John J. O'Connor<br>John J. O'Connor, BBO #555251<br>Peabody & Arnold LLP<br>Federal Reserve Plaza<br>600 Atlantic Avenue<br>Boston, MA 02210-2261<br>Tel. (617) 951-2100 |

Dated: June 10, 2013.

## CERTIFICATE OF SERVICE

     I hereby certify that on this date I served a copy of the attached Stipulation of Dismissal upon counsel of record via ECF:

    Craig Thor Kimmel, Esq.
    Kimmel & Silverman, P.C.
    30 East Butler Pike
    Ambler, PA  19002

                                            /s/ John J. O'Connor
                                            John J. O'Connor

Dated:  June 10, 2013.

795286_1
15133-97208